**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

**MEMORANDUM**

AUG - 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable John A. Mendez
United States District Judge
Sacramento, California

> RE:  **TUCKER, Robert Frederick**
> **Docket Number:  2:02CR00395-01**
> **EVIDENCE DISPOSAL MEMORANDUM**

Your Honor:

The purpose of this memorandum is to request the Court's approval for destruction of the below listed contraband which was seized from the releasee's residence on October 5, 2010.

1)      One locking blade knife (4 inches).

Respectfully submitted,

**Miranda L. Lutke**
**United States Probation Officer**
Telephone: (916) 786-2989

Dated:          June 11, 2013
                Roseville, California
                MLL/jc

1

Rev. 11/2009
MEMO ~ COURT.MRG

RE:    TUCKER, Robert Frederick
       Docket Number:   2:02CR00395-01
       <u>EVIDENCE DISPOSAL MEMORANDUM</u>

REVIEWED BY:    _____
               **KYRIACOS M. SIMONIDIS**
               **Supervising United States Probation Officer**


REVIEWED BY:    _____
               **TERENCE E. SHERBONDY**
               **Deputy Chief United States Probation Officer**

---

## UNITED STATES ATTORNEY'S OFFICE

The United States Attorney's Office has no prosecutorial interest or objections to the Probation Office's request to dispose of the property/contraband listed herein.

Respectfully submitted,

_7/24/13_____                    _____
       **Date**                          **Assistant United States Attorney**

Rev. 11/2009
MEMO ~ COURT.MRG

RE:   **TUCKER, Robert Frederick**
      **Docket Number:   2:02CR00395-01**
      **EVIDENCE DISPOSAL MEMORANDUM**

**THE COURT ORDERS:**

( X )   The Probation Office is hereby authorized to dispose the contraband and seized
        property listed in the request.

(  )    Request to dispose contraband and seized property is denied.

(  )    Other:

_August 1, 2013_
_____
         Date

_____
         Signature of Judicial Officer

cc:    Richard A. Ertola, CUSPO
       Rick C. Louviere, ADCUSPO

Rev. 11/2009
MEMO ~ COURT.MRG